UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PERRY M. ROTHERMEL, | ) |
| | ) CASE NO. C11-1161-JLR-MAT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) ORDER DENYING REQUEST FOR |
| JEFFREY UTTECHT, | ) APPOINTMENT OF COUNSEL |
| | ) |
| Respondent. | ) |

Petitioner Perry M. Rothermel proceeds *pro se* and *in forma pauperis* (IFP) in this habeas case. He seeks appointment of counsel to represent him. (Dkt. 14) As petitioner's petition was only recently served, there is no resposne from respondent. Now, having reviewed petitioner's request, as well as the remainder of the record, the Court does hereby find and ORDER:

(1) Petitioner's motion for appointment of counsel is DENIED. There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an evidentiary hearing is required. *See Terravona v. Kincheloe*, 852 F.2d 424, 429 (9th Cir. 1988); *Brown v. Vasquez*, 952 F.2d 1164, 1168 (9th Cir. 1992); and Rule 8(c) of the Rules Governing Section

ORDER DENYING REQUEST FOR
APPOINTMENT OF COUNSEL
PAGE -1

2254 Cases in the United States District Courts. The Court may exercise its discretion to appoint counsel for a financially eligible individual where the "interests of justice so require." 18 U.S.C. § 3006A. Here, petitioner fails to demonstrate that the interests of justice are best served by appointment of counsel at the present.

(2) The Clerk is directed to send a copy of this Order to the parties and to the Honorable James L. Robart.

DATED this 26th day of September, 2011.

Mary Alice Theiler
United States Magistrate Judge

ORDER DENYING REQUEST FOR
APPOINTMENT OF COUNSEL
PAGE -2