FILED ___ ENTERED
LODGED ___ RECEIVED

APR 12 2012

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PERRY M ROTHERMEL,

    Petitioner,

v.

JEFFREY UTTECHT,

    Respondent.

CASE NO. C11-1161-JLR

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH
PREJUDICE

The Court, having reviewed petitioner's petition for writ of habeas corpus, respondent's answer thereto, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, Petitioner's Objections To The Report and Recommendation, Petitioner's Application for Certificate of Appealability, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    Petitioner's habeas petition and this action are DISMISSED, with prejudice;

(3)    Petitioner is DENIED issuance of a certificate of appealability, and

///
///
///

11-CV-01161-ORD

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -1

(4)   The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to Judge Theiler.

DATED this 12th day of April, 2012.

JAMES L. ROBART
United States District Judge

ORDER DENYING PETITIONER'S
HABEAS PETITION WITH PREJUDICE
PAGE -2